391 A.2d 711

Ratner, Appellant, v. Beneficial Finance Company
of Greensburg.

Submitted June 21, 1977.   Jon M. Lewis, for appellant;  John T. Tierney, III, and Stephen J. Miller, for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

391 A.2d 712

Raub Supply Company v. Jones, et ux., Appellants.

Argued March 14, 1978.   E. Robert Elicker, II, for appellants;  Edward W. Rothman, with him Harvey Freedenberg, for appellee.

Order affirmed.

VAN der VOORT, J., dissented.